UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-32796 |
| | ) | |
| MAKENDY INVESTMENT CORP., | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER LIFTING AUTOMATIC STAY

THIS MATTER BEING HEARD on the motion of Edgebrook Bank to modify stay, due notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED:

The automatic stay is modified and lifted pursuant to 11 U.S.C. 362(d)(1) and 11 U.S.C. 362(d)(2) to permit Edgebrook Bank to exercise its applicable non-bankruptcy rights in and to the Real Property located at 6724 Echo Lane, Westmont, Illinois; and

The provisions of Fed. R. Bankr. P. 4001(a)(3) providing for a stay of the enforcement of this Order are hereby waived.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 04, 2014

**Prepared by:**