UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 14-32796 |
|---|---|---|
| MAKENDY INVESTMENT CORP., | ) | Chapter: 7 |
|  | ) | Honorable Jack Schmetterer |
| Debtor(s) | ) |  |

## ORDER LIFTING AUTOMATIC STAY AND ORDER EXCUSE CUSTODIAN WITH COMPLIANCE PURSUANT TO SECTION 543(b) OF THE BANKRUPTCY CODE

THIS MATTER BEING HEARD on the motion of Edgebrook Bank to modify stay and excuse compliance with Section 543(b) of the Bankruptcy Code, due notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED:

The automatic stay is modified and lifted pursuant to 11 U.S.C. 362(d)(1) and 11 U.S.C. 362(d)(2) to permit Edgebrook Bank to exercise its applicable non-bankruptcy rights in and to the Real Property; and

Edgebrook Bank is excused from turning over the Real Property to the Chapter 7 Trustee and complying with Section 543(b); and

The provisions of Fed. R. Bankr. P. 4001(a)(3) providing for a stay of the enforcement of this Order are hereby waived.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 04, 2014

**Prepared by:**